UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. V-05-56 |
| | § | |
| MICHAEL LEONARD KING | § | |

## ORDER SEALING INDICTMENT AND RELATED DOCUMENTS

After consideration of the Government's Motion to Seal the Indictment and Related

Documents in the above-styled and numbered cause, it is hereby

ORDERED that the above-styled and numbered Indictment, Motion for Arrest Warrant,

and this Motion to Seal and Order be hereby SEALED.

It is further ORDERED that the indictment and related documents will be unsealed upon

the defendant's arrest without the need for a further court order.

SIGNED this 26th day of April, 2005.


JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE